LAWRENCE PFLUGER and Others, as Executors, etc., of HERMANN WISCHMANN, Deceased, Respondents, v. THE CITY OF NEW YORK, Appellant, Impleaded with WILLIAM BRADLEY, Defendant.— Judgment and order reversed on the law, and a new trial granted, costs to appellant to abide the event, on account of error appearing at folio 350 of the record in the admission of evidence of the alleged

statement purporting to show a loss of rents, made by plaintiffs' testator. It seems that it was admitted in evidence on the ground that it was a statement against interest, though it clearly appears as a declaration in his interest. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.